**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN BARCENAS, *et al.*, Individually and as representatives of a class of similarly situated persons, | Case No: 1:22-cv-00366-GSF |
| Plaintiffs, | |
| v. | |
| RUSH UNIVERSITY MEDICAL CENTER, *et al.*, | |
| Defendants. | |
| | July 29, 2022 |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, John Barcenas, Mary Brown, Patrick Russo, and Teneka Ware, on behalf of

the proposed Settlement Class and the Rush University Medical Center 403(b) Retirement

Savings Plan (the "Plan"), hereby move (the "Motion") pursuant to Federal Rule of Civil

Procedure 23 for entry of an Order that: (1) preliminarily approves the Settlement Agreement

dated July 29, 2022 with Defendants, Rush University Medical Center, the Board of Trustees of

Rush University Medical Center, the Rush University Medical Center Investment Committee,

and the Rush University Medical Center Administrative Committee;[1] (2) preliminarily certifies

the proposed Settlement Class; (3) approves the proposed notice plan ("Notice Plan") in the

Settlement Agreement and proposed Preliminary Approval Order; and (4) sets a final approval

hearing on a date convenient for the Court at least 140 days after the entry of a preliminary

---

[1] The Settlement Agreement and its exhibits are attached to the accompanying Declaration of Alec
Berin.  Terms not defined herein shall have the same meaning as in the Settlement Agreement.

approval order. A proposed Preliminary Approval Order is attached as Exhibit C to the Settlement Agreement.

For the reasons set forth in the Settlement Agreement, accompanying memorandum of law, and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit that the proposed settlement memorialized in the Settlement Agreement (the "Settlement") is fair, reasonable, and adequate, and should be preliminarily approved so that notice can be provided to the Settlement Class.

The Settlement is the product of arm's-length negotiations between the parties and their counsel, all of whom comprehensively litigated this matter, are well-informed regarding all the issues in this litigation, and have significant experience in complex litigation of this type. Accordingly, Plaintiffs respectfully request that the Court enter the proposed Preliminary Approval Order and, if the Court deems necessary, schedule a preliminary approval hearing at its earliest convenience.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of the Motion.

DATED: July 29, 2022                                Respectfully submitted,

                                                    */s/* Alec J. Berin
                                                    James C. Shah
                                                    Alec J. Berin
                                                    MILLER SHAH LLP
                                                    1845 Walnut Street, Suite 806
                                                    Philadelphia, PA 19103
                                                    Telephone: (866) 540-5505
                                                    Facsimile: (866) 300-7367
                                                    Email: jcshah@millershah.com
                                                           ajberin@millershah.com

                                                    Laurie Rubinow
                                                    MILLER SHAH LLP
                                                    65 Main Street
                                                    Chester, CT 06412

2

Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: lrubinow@millershah.com

Kolin C. Tang
MILLER SHAH LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Anna K. D'Agostino
MILLER SHAH LLP
225 Broadway, Suite 1830
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: akdagostino@millershah.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

Mark K. Gyandoh
Gabrielle P. Kelerchian
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
gabriellek@capozziadler.com

Andrew P. Shelby
Patrick A. Fleming
NOVACK AND MACEY, LLP
100 North Riverside Plaza, Suite 1500
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
Email: andrewf@novackandmacey.com
ashelby@novackmacey.com

*Attorneys for Plaintiff, the Plan and the
Proposed Settlement Class*