IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN BARCENAS, *et al.*, Individually and as representatives of a class of similarly situated persons, <br><br>    Plaintiffs, <br>  v. <br><br>RUSH UNIVERSITY MEDICAL CENTER, *et al.*, <br><br>    Defendants. | Case No: 1:22-cv-00366-GSF <br><br><br><br><br><br><br><br><br><br>December 5, 2022 |

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

  Plaintiffs, John Barcenas, Mary Brown, Patrick Russo, and Teneka Ware, on behalf of the proposed Settlement Class and the Rush University Medical Center 403(b) Retirement Savings Plan (the "Plan"), hereby move (the "Motion") pursuant to Federal Rule of Civil Procedure 23 for entry of an Order that: (1) finally approves the Settlement Agreement dated July 29, 2022 with Defendants, Rush University Medical Center, the Board of Trustees of Rush University Medical Center, the Rush University Medical Center Investment Committee, and the Rush University Medical Center Administrative Committee filed on that date;[1] and (2) certifies the proposed Settlement Class. A proposed Final Approval Order was attached as Exhibit D to the Settlement Agreement and filed on the docket on July 29, 2022.[2]

  For the reasons set forth in the Settlement Agreement, accompanying memorandum of

---

[1] Terms not defined herein shall have the same meaning as in the Settlement Agreement.

[2] If helpful to the Court, Plaintiffs would be happy to provide a Word version of the proposed Final Approval Order.

1

law, and all supporting papers, as well as the record in this litigation, Plaintiffs respectfully submit that the proposed settlement memorialized in the Settlement Agreement (the "Settlement") is fair, reasonable, and adequate, and should be finally approved, and the Settlement Class maintained.

The Settlement is the product of arm's-length negotiations between the parties and their counsel, all of whom comprehensively litigated this matter, are well-informed regarding all the issues in this litigation, and have significant experience in complex litigation of this type. Accordingly, Plaintiffs respectfully request that the Court enter the proposed Final Approval Order.

Plaintiffs stand ready to provide any additional information that the Court may require in connection with its consideration of the Motion.

DATED: December 5, 2022

Respectfully submitted,

/s/ James E. Miller
James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
lrubinow@millershah.com

James C. Shah
Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jcshah@millershah.com
ajberin@millershah.com

Kolin C. Tang
MILLER SHAH LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: kctang@millershah.com

Anna K. D'Agostino
MILLER SHAH LLP
225 Broadway, Suite 1830
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: akdagostino@millershah.com

Donald R. Reavey
CAPOZZI ADLER, P.C.
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Facsimile: (717) 233-4103
Email: donr@capozziadler.com

Mark K. Gyandoh
Gabrielle P. Kelerchian
CAPOZZI ADLER, P.C.
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (610) 890-0200
Facsimile: (717) 233-4103
Email: markg@capozziadler.com
       gabriellek@capozziadler.com

Andrew P. Shelby
Patrick A. Fleming
NOVACK AND MACEY, LLP
100 North Riverside Plaza, Suite 1500
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
Email: andrewf@novackandmacey.com
       ashelby@novackmacey.com

*Attorneys for Plaintiffs, the Plan and the Proposed Settlement Class*

## **CERTIFICATE OF SERVICE**

I certify that, on December 5, 2022, I caused the foregoing document to be filed using the Court's CM/ECF system, which thereby sent notice to all counsel of record.

/s/ *James E. Miller*
James E. Miller