## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

John Barcenas, et al.
                              Plaintiff,

v.                                                   Case No.: 1:22−cv−00366
                                                          Honorable Charles P. Kocoras

Rush University Medical Center, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 19, 2023:

      MINUTE entry before the Honorable Charles P. Kocoras: Final approval hearing held. Plaintiffs' unopposed motion for final approval of class action settlement [60] is granted. Plaintiffs' unopposed motion for attorneys' fees, expenses, and case contribution awards [63] is granted. Counsel shall send the proposed ordered to Proposed_Order_Kocoras@ilnd.uscourts.gov in Word format for entry. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.